IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GEMINI INSURANCE COMPANY,**
 a Foreign Corporation,

       Plaintiff,

v.

                                                            Case No.: 3:08cv554/MCR

**CITY OF PENSACOLA et al.,**

       Defendants.
_____/

## O R D E R

      Plaintiff filed this action for declaratory judgment on December 22, 2008, which seeks relief that pertains to another case before this court, *Streeter v. City of Pensacola*, Case No. 3:05cv286/MCR.  All claims in *Streeter* have now been resolved, either by the court's granting summary judgment to defendants or the parties' settlement.  Based on these activities, the dispute in the instant case appears to have been rendered moot.

      By **March 2, 2009**, plaintiff Gemini Insurance Company should either file a notice of dismissal of this case or a notice advising the court of its intention to pursue relief, including an explanation as to why the relief sought is not now moot.

      **ORDERED** on this 17th day of February, 2009.


                                        *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**